UNITED STATES of America,
Appellee,

v.

George John SMITH, Appellant.

No. 10959.

United States Court of Appeals
Fourth Circuit.

Argued May 30, 1967.

Decided June 1, 1967.

Joseph Luchini, Beckley, W. Va., for appellant.

W. Warren Upton, Asst. U. S. Atty. (Milton J. Ferguson, U. S. Atty., and Charles M. Love, III, Asst. U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and WINTER, Circuit Judges.

PER CURIAM:

We find no error in the conviction of this defendant on a charge of a sale of untaxed whisky.

Affirmed.

UNITED STATES of America

v.

Anthony PROVENZANO, Appellant.

No. 15905.

United States Court of Appeals
Third Circuit.

Argued June 8, 1967.

Decided June 20, 1967.

Joseph F. Walsh, Newark, N. J., (Bracken & Walsh, Newark, N. J., on the brief), for appellant.

David M. Satz, Jr., U. S. Atty., Newark, N. J. (B. Dennis O'Connor, Asst. U. S. Atty., on the brief), for appellee.

Before STALEY, Chief Judge, KALODNER, Circuit Judge, and SHERIDAN, District Judge.

PER CURIAM.

On review of the record we find no error. The Order of the District Court of May 5, 1966 will be affirmed.